TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN






NO. 03-08-00133-CR






Theodore Koeppel, Appellant



v.



The State of Texas, Appellee






FROM THE DISTRICT COURT OF TOM GREEN COUNTY, 119TH JUDICIAL DISTRICT


NO. B-07-1013-S, HONORABLE THOMAS J. GOSSETT, JUDGE PRESIDING






O R D E R


PER CURIAM

Appellant's second motion for extension of time to file brief is granted. Appellant's
counsel, Shawntell McKillop, is ordered to tender a brief in this cause no later than October 20,
2008.

It is ordered August 21, 2008.



Before Chief Justice Law, Justices Puryear and Pemberton

Do Not Publish